Inmate Mail from Clinton County Sheriff Department

In The United States District Court for the Southern District of Illinois

William Malie
PLAINTIFF

16-60-NJR

V.

To B. R.

Officer Kyle
Clinton County Jail
United States Marshals Service
RESPONDENTS

FILED
JAN 19 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Request for Injunctive Relief and Punitive Monetary Damages under 42 USC 1983 - BIVENS VS SIX UNKNOWN FEDERAL AGENTS 18 USC 4006(b) & 18 USC 4013(d)(2)

Comes now plaintiff acting PRO SE requesting injunctive relief, I.E. Medication, Over the Counter medication, Medical devices I.E. Contact lens and eyeglasses, for himself and all Federal detainees housed at Clinton County Jail, as well as punitive damages in the amount of One Hundred dollars a day since the harm began - 11/23/15, through day that corrective action affected.

- Plaintiff housed at Clinton County Jail, Carlyle Illinois, 810 Franklin St, Under contract with United States Marshals Service, (U.S.M. SLAZINIK agent)

Inmate Mail from Clinton County Sheriff Department

Per Federal law- 18 USC 4003 through 18 USC 4013, Facilities accepting Federal Detainees under agreement are to provide basic needs, beds, clothing etc., which clearly states Medical care, and medicines. Over the Counter Medicines is "Medicene," in this case Plantiff has requested, in writing, aspirin- Tylenol or other for headache- & CONSTANT SINCE NOVEMBER, (LIKELY DUE TO NOT HAVING HIS "MEDICAL NECESSITY" CONTACT LENS, AND EYEGLASSES.)[FN2]
* CCJ DOES NOT ALLOW PAPER EITHER!
Officer Kyle, per Clinton County Jail "policy" refuses any meds without a doctors order - Policy requires a Twenty Dollar ($20.00) "Booking fee" and fifty cents per aspirin (.50) fee.   This is contrary to above statutes, and the Affordable Care Act A.K.A. "OBAMACARE".
It is capricious to claim that pain,[FN1] in form of headache, is acceptable pain, for months, unless Clinton County Jail can turn a profit. Clinton County is paid by USMS - per diem for housing etc., thus Kyle, CCJ, and USMS are under Federal law, acting under color of Federal law

Inmate Mail from Clinton County Sheriff Department

I ask the Court to order Clinton County Jail to begin dispensing Over the Counter Medication to Federal Detainees forthwith.

To Comply with 18 USC 4013 also requires posting of notice of available medical care — PLAINTIFF KNOWS FOR FACT, THAT THIS IS DONE ELSEWHERE, (Missouri) BY THE U.S.M.S.

Kyle, Clinton County Jail, & United States Marshalls Service - SLAZINIK, should learn a lesson = Punitive Damage to prevent other abuse - One Hundred Dollars a day is miniscule when one considers how much needless suffering (albeit on low level) by hundreds of detainees

William Mabie 1/12/16

HAND DELIVERED - AS NO POSTAGE AVAILABLE EITHER

★ Motion to proceed - IN FORMA PAUPERIS - plaintiff is clearly indigent

Inmate Mail from Clinton County Sheriff Department

FN 1 - 12/22/15 CCJ finally took plaintiff for doctor visit to refill prescription. - Brimonidine Tartrate - Doctors advised CCJ to get plaintiff to an opthamalogist - still has not happened.

1/11/16 CCJ went back to same clinic with plaintiff, this time for headache. Doctor prescribed tylenol, and other meds.

Though CCJ has Tylenol on hand, CCJ / OFC KYLE still refuse to allow any to plaintiff - Because "theirs" is not the Tylenol Doctor prescribed -

SEE 18 USC (d) (2)

☆ TRUE CCJ MAY BE A LOWER DOSAGE, ANY FOOL WOULD KNOW SOME BETTER THAN NONE, AND CCJ WOULD ALLOW "THEIR" TYLENOL IF PAID THEIR 20:00 BOOKING FEE AND .50 PER PILL

- This is deliberate indifference

FN 2 - USMS was advised to acquire eyeglasses at 11/30/15 arraignment

FN 3   Doctor prescribed two medication on 1/11/16 11:00A CCJ ignored Doctor orders for days

W MABATE
210 FRANKLIN
CARLYLE IL

Inmate Mail
from Clinton County
Sheriff Department

United States District Court
750 Missouri Avenue
East Saint Louis IL 62201

MAIL CLEARED
US MARSHALS